REHEARING MOTION DENIED

DECEMBER 6, 1939

**No. 4689.** 

—*International Harvest Hat Co.* v. *United States.* Entered at St. Louis, Mo. Reap. Dec. 4646. Motion by plaintiff.

EGRY REGISTER CO. *v.* UNITED STATES

**No. 4690.**—Invoice dated Toronto, Canada, July 2, 1937.
Entered at Dayton, Ohio, July 19, 1937.
Entry No. 23.

(Decided December 14, 1939)

*Toulmin & Toulmin* (*H. A. Toulmin, H. A. Toulmin, Jr.*, and *Rowan A. Greer*, of counsel) for the plaintiff.

*Webster J. Oliver*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the defendant.

DALLINGER, Judge: This appeal to reappraisement involves the question of the dutiable value of a certain unfinished printing machine and unfinished miscellaneous parts of printing machines imported from Canada and entered at Dayton, a subport of the port of Cleveland, Ohio, in July 1937. The machine was invoiced and entered at $6,000. and the parts at $500. The appraiser advanced the value from $6,500. to $18,437.74 on the basis of the alleged cost of production.

It appears from the evidence that on January 5, 1937, F. M. Scudds, Ltd., of Toronto, Canada, entered into three identical contracts with the plaintiff corporation, photostatic copies of which are annexed to the report of Treasury Representative Bunting in evidence herein as Exhibit 9. Each contract called for the manufacture, sale, and delivery of one rotary offset press at a price of $11,666 f. o. b. Dayton, Ohio, the duty, sales tax, and other taxes imposed by the Canadian, United States, or State Governments to be paid by the seller. Each contract provided that payment should be made by the purchaser as follows: $2,000. on the signing of the contract; $4,000. on the date of acceptance of the press; $1,666. 30 days from said acceptance; and the balance, $4,000, 60 days from the date of said acceptance.

On January 5, 1937, the plaintiff corporation wrote to the Toronto branch of the Bank of Montreal as follows:

This is to advise you that we have entered into contract with F. M. Scudds Limited of your city for the construction of three special machines and as stipulated in the terms of the contract, we are advancing the sum of $2,000 on each of these machines, or a total advance payment of $6,000.